KATHRYN R. VOGEL
First Assistant U.S. Attorney

AINSLEY MCNERNEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Ainsley.McNerney1@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>XAVIER LANELL COOK BENSON,<br><br>       Defendant. | No. 3:25-cr-00013-SLG-MMS<br><br>COUNTS 1-3:<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE<br>  Vio. of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>  21 U.S.C. § 853(a)(1) and (a)(2), 28 U.S.C. § 2461(c), and Rule 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT 1</u>

On or about November 20, 2024, within the District of Alaska, the defendant, XAVIER LANELL COOK BENSON, did knowingly and intentionally distribute a controlled substance, namely, 40 grams or more of a mixture and substance containing a

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl).

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 2

On or about November 27, 2024, within the District of Alaska, the defendant, XAVIER LANELL COOK BENSON, did knowingly and intentionally distribute controlled substances, namely, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers; and the schedule II controlled substance fentanyl.

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and (b)(1)(C).

## COUNT 3

On or about December 13, 2024, within the District of Alaska, the defendant, XAVIER LANELL COOK BENSON, did knowingly and intentionally distribute controlled substances, namely, 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers; and the schedule II controlled substance fentanyl.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) and (b)(1)(C).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1-3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. § 841, the defendant, XAVIER LANELL COOK BENSON, shall forfeit to the United States of America any property constituting, or derived from, any proceeds

obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including, but not limited to, a forfeiture money judgment equal to the value of the property.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), United States Code.

//

//

//

//

//

//

//

//

Page 3 of 4
Case 3:25-cr-00013-TMB-MMS    Document 24    Filed 02/19/25    Page 3 of 4

All pursuant to 21 U.S.C. § 853(a)(1) and (a)(2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

                                                s/ Grand Jury Foreperson
                                                GRAND JURY FOREPERSON

s/ Ainsley McNerney
AINSLEY MCNERNEY
Assistant U.S. Attorney

s/ Kathryn R. Vogel
KATHRYN R. VOGEL
First Assistant U.S. Attorney

DATE: February 18, 2025